# REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet — U.S. District Court

| Place of Offense: | Under Seal: Yes ☒  No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number |
| County/Parish: | Same Defendant: | New Defendant: |
|  | Magistrate Judge Case Number: |  |
|  | Search Warrant Case Number: |  |
|  | R 20/R 40 from District of _____ . |  |

**Defendant Information:**

| Juvenile: Yes ☐  No ☒ | FBI#: | | |
|---|---|---|---|
| Defendant Name: Ricky Damion Christopher Jones | | Alias Name(s): | |
| Address: NYC, NY | | | |
| Employment: | | | |
| Birth Date: 1996 | SS#: 9495 | Sex: M | Race: | Nationality: | Place of Birth: |
| Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: |
| Interpreter: Yes ☐  No ☒ | List Language and/or dialect: | | |

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of: ____ on: __.

| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: | ☐ Court Appointed |
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: |

**U.S. Attorney Information:**

AUSA Julie Podlesni   Telephone No. 757-591-4000   Bar #:

**Complainant Agency, Address & Phone Number or Person & Title:**

U.S. Postal Inspection Service -Stefan Hinds 202-281-0711

**U.S.C. Citations:**

| | U.S.C. Citations | Description | | |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Robbery | Felony | Count 1 |
| Set 2 | 18 U.S.C. §§ 1951(a) and 2 | Interference with Commerce by Robbery | Felony | Counts 2-3 |
| Set 3 | 18 U.S.C. §§ 111(b) and 2 | Assault of a Federal Employee with a Dangerous Weapon | Felony | Counts 4-5 |
| Set 4 | 18 U.S.C. § 1704 and 2 | Stealing Keys Adopted by the Post Office | Felony | Counts 6-7 |
| Set 5 | 18 U.S.C. §§ 1349 | Conspiracy to Commit Bank Fraud | Felony | Count 8 |
| Set 6 | 18 U.S.C. §§ 924(d), 981(a)(1)(C); 28 U.S.C. § 2461 | Criminal Forfeiture | | |

# REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                                           U.S. District Court

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

### Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | | | |
|---|---|---|---|---|
| Defendant Name: Dashawn Tyrik Evans-McCloud | | Alias Name(s): "Shawn" "RI$E" | | |
| Address: Virginia Beach, VA 23453-2328 | | | | |
| Employment: | | | | |
| Birth Date: 2004 | SS#: 8578 | Sex: M | Race: | Nationality: | Place of Birth: |
| Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | |

### Location Status:

Arrest Date:

☐ Already in Federal Custody as of: ____ on: __.
☒ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Arrest Warrant Pending   ☒ Detention Sought   ☐ Bond

### Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: |

### U.S. Attorney Information:

| AUSA Julie Podlesni | Telephone No. 757-591-4000 | Bar #: |
|---|---|---|

### Complainant Agency, Address & Phone Number or Person & Title:

U.S. Postal Inspection Service -Stefan Hinds 202-281-0711

#### U.S.C. Citations:

| | | | | |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Robbery | Felony | Count 1 |
| Set 2 | 18 U.S.C. §§ 1951(a) and 2 | Interference with Commerce by Robbery | Felony | Counts 2-3 |
| Set 3 | 18 U.S.C. §§ 111(b) and 2 | Assault of a Federal Employee with a Dangerous Weapon | Felony | Counts 4-5 |
| Set 4 | 18 U.S.C. § 1704 and 2 | Stealing Keys Adopted by the Post Office | Felony | Counts 6-7 |
| Set 5 | 18 U.S.C. §§ 1349 | Conspiracy to Commit Bank Fraud | Felony | Count 8 |
| Set 6 | 18 U.S.C. §§ 924(d), 981(a)(1)(C); 28 U.S.C. § 2461 | Criminal Forfeiture | | |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet
U.S. District Court

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

**Defendant Information:**

| Juvenile: Yes ☐  No ☒ | FBI#: |
|---|---|
| Defendant Name: Samir As-Sad Hurd | Alias Name(s): |
| Address: Chesapeake 23320 | |
| Employment: | |

| Birth Date: 2000 | SS#: 7682 | Sex: M | Race: | Nationality: | Place of Birth: |
|---|---|---|---|---|---|
| Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: | |

Interpreter: Yes ☐  No ☒  List Language and/or dialect:

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of: ___ on: _.
☐ Already in State Custody      ☐ On Pretrial Release      ☒ Not in Custody
☒ Arrest Warrant Requested      ☐ Fugitive                ☐ Summons Requested
☐ Arrest Warrant Pending        ☒ Detention Sought        ☐ Bond

**Defense Counsel Information:**

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: |

**U.S. Attorney Information:**

| AUSA Julie Podlesni | Telephone No. 757-591-4000 | Bar #: |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

U.S. Postal Inspection Service -Stefan Hinds 202-281-0711

**U.S.C. Citations:**

| | | | | |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Robbery | Felony | Count 1 |
| Set 2 | 18 U.S.C. §§ 1951(a) and 2 | Interference with Commerce by Robbery | Felony | Counts 2-3 |
| Set 3 | 18 U.S.C. §§ 111(b) and 2 | Assault of a Federal Employee with a Dangerous Weapon | Felony | Counts 4-5 |
| Set 4 | 18 U.S.C. § 1704 and 2 | Stealing Keys Adopted by the Post Office | Felony | Counts 6-7 |
| Set 5 | 18 U.S.C. §§ 1349 | Conspiracy to Commit Bank Fraud | Felony | Count 8 |
| Set 6 | 18 U.S.C. § 922(j) | Possession of a Stolen Firearm | Felony | Count 9 |
| Set 6 | 18 U.S.C. §§ 924(d), 981(a)(1)(C); 28 U.S.C. § 2461 | Criminal Forfeiture | | |

# REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet — U.S. District Court

| | | |
|---|---|---|
| **Place of Offense:** | **Under Seal:** Yes ☒ No ☐ | **Judge Assigned:** |
| City: EDVA | Superseding Indictment: | **Criminal Number** |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

**Defendant Information:**

| | |
|---|---|
| Juvenile: Yes ☐ No ☒ | FBI#: |
| Defendant Name: Chanz Lamarion Pough | Alias Name(s): "Up" |
| Address: Frederick, MD 21701-3015 | |
| Employment: | |
| Birth Date: 2003  SS#: 0298  Sex: M  Race:  Nationality:  Place of Birth: | |
| Height:  Weight:  Hair:  Eyes:  Scars/Tattoos: | |
| Interpreter: Yes ☐ No ☒  List Language and/or dialect: | |

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of: ____ on: __ .
☐ Already in State Custody     ☐ On Pretrial Release     ☒ Not in Custody
☒ Arrest Warrant Requested    ☐ Fugitive              ☐ Summons Requested
☐ Arrest Warrant Pending      ☒ Detention Sought      ☐ Bond

**Defense Counsel Information:**

| | |
|---|---|
| Name: | ☐ Court Appointed |
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: |

**U.S. Attorney Information:**

AUSA Julie Podlesni     Telephone No. 757-591-4000     Bar #:

**Complainant Agency, Address & Phone Number or Person & Title:**

U.S. Postal Inspection Service -Stefan Hinds 202-281-0711

**U.S.C. Citations:**

| | | | | |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Robbery | Felony | Count 1 |
| Set 2 | 18 U.S.C. §§ 1349 | Conspiracy to Commit Bank Fraud | Felony | Count 8 |
| Set 3 | 18 U.S.C. §§ 924(d), 981(a)(1)(C); 28 U.S.C. § 2461 | Criminal Forfeiture | | |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | **Criminal Number** |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | | | | |
|---|---|---|---|---|---|
| Defendant Name: Manray A. C. Perry | | Alias Name(s): | | | |

Address: Virginia Beach, Virginia 23456

Employment:

| Birth Date: 2001 | SS#: 8463 | Sex: M | Race: | Nationality: | Place of Birth: |
|---|---|---|---|---|---|
| Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: | |

Interpreter: Yes ☐ No ☒   List Language and/or dialect:

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: ___ on: _.

| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
|---|---|---|
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: |

## U.S. Attorney Information:

| AUSA Julie Podlesni | Telephone No. 757-591-4000 | Bar #: |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

U.S. Postal Inspection Service -Stefan Hinds 202-281-0711

### U.S.C. Citations:

| | | | | |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Robbery | Felony | Count 1 |
| Set 2 | 18 U.S.C. §§ 1951(a) and 2 | Interference with Commerce by Robbery | Felony | Count 2 |
| Set 3 | 18 U.S.C. §§ 111(b) and 2 | Assault of a Federal Employee with a Dangerous Weapon | Felony | Count 4 |
| Set 4 | 18 U.S.C. § 1704 and 2 | Stealing Keys Adopted by the Post Office | Felony | Count 6 |
| Set 5 | 18 U.S.C. §§ 924(d), 981(a)(1)(C); 28 U.S.C. § 2461 | Criminal Forfeiture | | |