IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

FILED
IN OPEN COURT

MAR 12 2024

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | | |
|---|---|---|
| IN RE: RICKY DAMION CHRISTOPHER JONES, JR., ET AL. | ) ) | CASE NUMBER 4:24-cr-18 |
| GRAND JURY PROCEEDINGS | ) | UNDER SEAL |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia and Julie D. Podlesni, Assistant United States Attorney, pursuant to Local Criminal Rule 49(B) moves to seal the indictment and arrest warrant(s) in this case.

Sealing is necessary to avoid notification of the existence of the arrest warrant(s) which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the ongoing investigation. Another procedure will not adequately protect the needs of law enforcement at this time.

Such sealing is within the discretion of this Court and may be granted "for any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also, Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

The United States requests that the indictment and arrest warrant(s) remain under seal until the initial appearance of the defendant, at which time the indictment may be treated as a matter of public record.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

_____
Julie D. Podlesni
Assistant United States Attorney
One City Center, 11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4000