*FILED IN OPEN COURT*
*MAR 1 2 2024*
*CLERK, U.S. DISTRICT COURT*
*NEWPORT NEWS, VA*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

| | |
|---|---|
| IN RE: RICKY DAMION CHRISTOPHER JONES, JR., ET AL. | CASE NUMBER 4:24-cr-18 |
| GRAND JURY PROCEEDINGS | UNDER SEAL |

## ORDER SEALING INDICTMENT

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49(B) the Court finds that sealing of the indictment and arrest warrant(s) is necessary to prevent notification of the existence of the arrest warrant(s) which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the ongoing investigation.

It is hereby ORDERED that the indictment and arrest warrant(s) are sealed.

It is further ORDERED that: (1) a certified copy of the indictment shall be provided to those law enforcement officials involved in the prosecution of this case; and (2) a copy of the sealed arrest warrants shall be made available to agents of the Federal Bureau of Investigation for execution of the same.

It is further ORDERED that the indictment and arrest warrant(s) are unsealed at the initial appearance of the defendant, at which time the indictment may be treated as a public record.

_____
UNITED STATES MAGISTRATE JUDGE

Newport News, Virginia
March 12, 2024

WE ASK FOR THIS:

JESSICA D. ABER
UNITED STATES ATTORNEY

_____
Julie D. Podlesni
Assistant United States Attorney