IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA

v.

Criminal No.   4:24CR18

**DASHAWN EVANS-MCCLOUD**

PETITION AND ORDER FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

It appearing to the Court that the defendant, **DASHAWN EVANS-MCCLOUD**, is currently in state custody on state charges, and must appear before the United States District Court, in Richmond, Virginia, on April 9, 2024, at 2:00 p.m. for an initial appearance on a criminal indictment.

It is hereby ORDERED that a writ of habeas corpus ad prosequendum issue forthwith, to be directed to the Superintendent, Virginia Peninsula Regional Jail, 9320 Merrimac Trail, Williamsburg Virginia 23185, (757) 820-3919, to surrender the body of the above-named defendant into the custody of the United States Marshal for the Eastern District of Virginia, who shall produce the same before the United States District Court in Richmond, Virginia, on April 9, 2024, at 2:00 p.m. and at such other times as this Court may direct, and to be thereafter forthwith returned by the said United States Marshal to the above-referenced institution and custody.

/s/
Lawrence R. Leonard
United States Magistrate Judge
UNITED STATES MAGISTRATE JUDGE

April 3, 2024
Norfolk, Virginia

WE ASK FOR THIS:

Jessica D. Aber
United States Attorney

By: _____
Julie Podlesni, Assistant United States Attorney
11815 Fountain Way Suite 200,
Newport News, Virginia 23606
(757) 591-4000