IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

COPY

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Warden  
Virginia Peninsula Regional Jail  
9320 Merrimac Trail  
Williamsburg, VA 23185  
(757) 820-3900

CRIMINAL NO.: 4:24cr18

WE COMMAND YOU to surrender the body of DASHAWN EVANS-MCCLOUD, detained under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy.  The said United States Marshal is directed to produce the body before the United States District Court for the Eastern District of Virginia, at 701 East Broad Street, Richmond, Virginia, on the 9th day of April 2024, and at such other times as this Court may direct, then and there to do, submit to, and receive whatsoever the Court shall then and there determine.  The body thereafter shall forthwith be returned by the United States Marshal to the above-referenced institution and custody, and you have then and there this writ.

WITNESS, the Honorable Lawrence R. Leonard, Magistrate Judge of the United States District Court for the Eastern District of Virginia, at Norfolk, Virginia, this 4TH day of April, 2024.

FERNANDO GALINDO, CLERK

By:   /s/ DB

D. Brandt, Deputy Clerk