IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 4:24CR18-2 (RCY) |
| | ) | |
| DASHAWN TYRIK EVANS-MCCLOUD, | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on the Defendant's Motion for Substitution of Counsel (ECF No. 94).  For the reasons articulated from the bench at the August 19, 2024 hearing, the Motion to Substitute Counsel (ECF No. 94) is DENIED.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

_____ /s/ RCY
Roderick C. Young
United States District Judge

Date: August 19, 2024
Richmond, Virginia