# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No. 4:24-cr-18-2 |
| v. | 18 U.S.C. §§ 1951(a) and 2<br>Interference with Commerce by Robbery<br>(Count 1) |
| **DASHAWN TYRIK EVANS-MCCLOUD,**<br>a/k/a "Shawn" a/k/a "RI$E," | |
| **Defendant.** | 18 U.S.C. §§ 924(c) and 2<br>Use, Carry, and Brandish a Firearm During and in Relation to, and Possess and Brandish in Furtherance of, a Crime of Violence<br>(Count 2) |
| | 18 U.S.C. §§ 924(d) & 981(a)(1)(C), 28 U.S.C. § 2461<br>Criminal Forfeiture |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

On or about July 20, 2023, in the Eastern District of Virginia and elsewhere, DASHAWN TYRIK EVANS-MCCLOUD (a/k/a "Shawn" a/k/a "RI$E"), the defendant herein, together with co-conspirators and co-defendants herein, RICKY DAMION CHRISTOPHER JONES, JR., (a/k/a "Top!" a/k/a David William Smith Jr.), SAMIR AS-SAD HURD (a/k/a "Prodigy"), and CHANZ LAMARION POUGH (a/k/a "Up" a/k/a "NSO Up"), and others known and unknown to the Grand Jury, aided, abetted, counseled, commanded, induced, and procured by each other, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, and the movement of articles and commodities in such commerce, by robbery, as those terms are used in 18 U.S.C. § 1951, in that the defendant and others known and unknown to the grand jury, aided, abetted, counseled, commanded, induced, and procured by each other, did unlawfully take and obtain, and

-2-

attempt to take and obtain, property of the victim business, the United States Postal Service, from the person and in the presence of one of its employees performing official duties in or about the 300 block of Harbor Drive in Hampton, Virginia, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to said employee.

(In violation of 18 U.S.C. §§ 1951(a) and 2.)

### COUNT TWO

On or about July 20, 2023, in the Eastern District of Virginia, DASHAWN TYRIK EVANS-MCCLOUD (a/k/a "Shawn" a/k/a "RI$E"), the defendant herein, together with co-conspirators and co-defendants herein, RICKY DAMION CHRISTOPHER JONES, JR., (a/k/a "Top!" a/k/a David William Smith Jr.), SAMIR AS-SAD HURD (a/k/a "Prodigy"), and CHANZ LAMARION POUGH (a/k/a "Up" a/k/a "NSO Up"), and others known and unknown to the Grand Jury, aided, abetted, counseled, commanded, induced, and procured by each other, did knowingly use, carry, and brandish a firearm during and in relation to, and possess and brandish a firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Interstate and Foreign Commerce by Robbery, in violation of 18 U.S.C. §§ 1951(a) and (2), as set forth in Count One of this Criminal Information, and Assault of a Federal Employee with a Dangerous Weapon, in violation of 18 U.S.C. §§ 111(b) and (2).

(In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii), 1951(a), 111(b), and 2.)

## FORFEITURE

1. The defendant, if convicted of the violation alleged in Count One of this Criminal Information, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

2. The defendant, if convicted of any of the violations alleged in this Criminal Information, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved in the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to 21 U.S.C. § 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with 18 U.S.C. §§ 924(d)(1) and 981(a)(1)(C); and 28 U.S.C. § 2461(c).)

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: 10 September 2024

By: _____
Julie D. Podlesni
Assistant United States Attorney