## UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
<u>NEWPORT NEWS DIVISION</u>
<u>**Wednesday, September 11, 2024**</u>

**MINUTES OF PROCEEDINGS** IN <u>  Open Court  </u>
**PRESENT**: THE HONORABLE <u>  Roderick C. Young, United States District Judge  </u>
Courtroom Deputy: <u>Julie Jones  </u>
Reporter: <u>  Tracy Stroh, OCR  </u>

| Set:   10:00 a.m. | Started:   10:22 a.m. | Ended:   10:24 a.m. |
|---|---|---|

| Case No.   4:24cr18-2 |
|---|
| |
| UNITED STATES OF AMERICA<br><br>           v.<br><br>DASHAWN TYRIK EVANS-MCCLOUD |
| |
| **Appearances:**<br>**AUSA(s):** Julie Podlesni appeared on behalf of the government.<br>**Defendant:** Charles Samuels, CJA, not present. Defendant present in custody. |
| |
| Matter came on Court's docket on 9/11/2024 for a Plea Hearing. Prior to start of hearing, defense counsel notified Court that he was not feeling well. Court took bench and continued matter generally. Clerk to coordinate dates with counsel. Defendant remanded to custody of USM. Court adjourned. |